IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA HUDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDICREDIT, INC.<br><br>    Defendant. | )<br>)  Case No.<br>)<br>)  St. Louis County, Missouri<br>)  Associate Division<br>)  No. 15SL-AC12130<br>)<br>)  **NOTICE OF REMOVAL OF ACTION**<br>)  **UNDER 28.U.S.C. §1331**<br>)<br>)  **(FEDERAL QUESTION**<br>)  **JURISDICTION)**<br>) |

### NOTICE OF REMOVAL OF CIVIL ACTION

Defendant Medicredit, Inc. ("Defendant"), pursuant to 28 U.S.C. § 1441, hereby removes the above-styled action to this Court from the Circuit Court of St. Louis County, State of Missouri. This is a civil action over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1331 in that Plaintiff's Petition asserts claims arising under 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act (the "FDCPA"). In support hereof, Defendant states as follows:

### INTRODUCTION

1. On May 6, 2015, Plaintiff Angela Hudson ("Plaintiff") filed her Petition in the Associate Division of St. Louis County, Missouri thereby commencing the instant action styled, *Angela Hudson v. Medicredit, Inc.*, Cause No. 15SL-AC12130.

2. The one-count Petition relates to Defendant's alleged attempt to collect on a debt (the "Debt") due and owing by Plaintiff to a third-party creditor (the "Creditor").

3. Specifically, Plaintiff alleges that Defendant violated the FDCPA in its attempt to collect the Debt.

## NOTICE OF REMOVAL IS TIMELY

4. Plaintiff filed her Petition on May 6, 2015.

5. Defendant was served with Plaintiff's Petition on May 22, 2015.

6. This Notice of Removal is timely because it is filed within thirty (30) days of Defendant's receipt of service of the Petition and within one year of the commencement of this action as required by 28 U.S.C. §1446(b).

## FEDERAL QUESTION JURISDICTION EXISTS

7. The Court has original jurisdiction over this action under 28 U.S.C. § 1331 and this case may be removed pursuant to 28 U.S.C. §1441(a) because it involves a federal question based upon the FDPCA.

## REMOVAL TO THIS DISTRICT IS PROPER

8. Venue is proper in the United States District Court for the Eastern District of Missouri and is proper in the Eastern Division under 28 U.S.C. §§ 1441(a) and 1446(a) because the Circuit Court for St. Louis County is located within the Eastern Division of this judicial district.  Venue is also proper under Local Rule 3-2.07(B) because the action being removed is a civil action brought against a single defendant and the claim for relief arose in St. Louis County.

9. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2.03, true and correct copies of all pleadings on file with the St. Louis County Circuit Court to date are attached hereto as **Exhibit A**.

10. Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff's counsel and a copy has been filed with the Clerk of the Circuit Court of St. Louis County, State of Missouri.

11. Defendant's Notice to Clerk of Filing Notice of Removal will also be promptly filed with the Clerk of the Circuit Court of St. Louis County, State of Missouri.

12. Defendant hereby reserves any and all rights to assert any and all defenses to Plaintiff's Petition, including but not limited to failure to state a claim upon which relief can be granted.

13. Defendant reserves the right to amend or supplement this Notice of Removal.

14. Defendant has not answered the Petition in state court, and will do so consistent with Fed. R. Civ. P. 8(c).

WHEREFORE, Defendant Medicredit, Inc. respectfully removes this action now pending in the Circuit Court of St. Louis County, State of Missouri to this Court.

Respectfully submitted,

**LATHROP & GAGE LLP**

*/s/ Scott J. Dickenson*
Scott J. Dickenson, #50478MO
James Redd IV, #66172MO
7701 Forsyth Blvd., Suite 500
Clayton, MO 63105
Telephone:  (314) 613-2800
Telecopier:   (314) 613-2801
sdickenson@lathropgage.com
jredd@lathropgage.com

**Attorneys for Defendant Medicredit, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above pleading was served by the Court's ECF system on this 12th day of June, 2015 on counsel of record.

*/s/ Scott J. Dickenson*